UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **SIGHTLINE PAYMENTS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**EVERI HOLDINGS INC., EVERI PAYMENTS INC., EVERI GAMES HOLDING INC., and EVERI GAMES INC.,**<br><br>Defendants. | Case No.:  6:21-cv-01015-ADA<br><br>**JURY TRIAL DEMANDED** |

### DECLARATION OF RANDY L. TAYLOR IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR TRANSFER FOR LACK OF VENUE PURSUANT TO 28 USC §1406(A) OR, ALTERNATIVELY, TRANSFER PURSUANT TO 28 USC §1404 (A)

I, Randy L. Taylor, hereby declare as follows:

1. I am Randy L. Taylor, President and Chief Operating Office/Senior Manager for Everi Games Inc. ("Everi Games"). I have personal knowledge of the matters contained in this Declaration and am competent to testify regarding these facts if called upon to do so.

2. I understand that the Everi Entities ("Everi")—Everi Holdings Inc., Everi Payments Inc., Everi Games Holdings Inc., and Everi Games Inc.—have been sued for patent infringement based on Everi's sales of its CashClub Wallet ("Wallet") Product .

3. Everi Games is a Delaware corporation registered to do business in Austin, Texas. Everi Games does not have any involvement with the Wallet Product and does not make, use, offer to sell, or sell the Wallet Product. Everi Games, and instead designs and makes unrelated slot machine games.

4.   None of the Everi Games employees have any responsibility with respect to the Wallet Product.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this  24   day of November 2021.

                                                                     Randy L. Taylor