UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **SIGHTLINE PAYMENTS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**EVERI HOLDINGS INC., EVERI PAYMENTS INC., EVERI GAMES HOLDING INC., and EVERI GAMES INC.,**<br><br>Defendants. | **Case No.: 6:21-cv-01015-ADA**<br><br>**JURY TRIAL DEMANDED** |

### DECLARATION OF VICTOR NEWSOM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR TRANSFER FOR LACK OF VENUE PURSUANT TO 28 USC §1406(A) OR, ALTERNATIVELY, TRANSFER PURSUANT TO 28 USC §1404(A)

I, Victor Newsom, hereby declare as follows:

1. I am Victor Newsom, Senior Vice President, Product Management for Everi Payments Inc. I have personal knowledge of the matters contained in this Declaration and am competent to testify regarding these facts if called upon to do so.

2. I understand that the Everi Entities ("Everi")—Everi Holdings Inc., Everi Payments Inc., Everi Games Holding Inc., and Everi Games Inc.—have been sued for patent infringement based on Everi's sales of its CashClub Wallet ("Wallet") Product. I also understand that Sightline Payments, LLC ("Sightline") alleges that the Wallet software infringes certain patents purportedly owned by Sightline.

3. As part of my job duties, I am intimately familiar with the front-end and back-end functionalities of the Wallet Product as well as the teams that work on this functionality. I, in fact, worked to develop several of these functionalities; I was also intimately involved in the

design and creation of the Wallet Product, and led the team who was responsible for developing and implementing the Wallet Product commercially.

4. The Wallet Product was developed in Las Vegas, Nevada. No development of the functionalities of the Wallet Product that Sightline alleges infringe its patents has ever taken place in Texas or had any connection to Texas. There is no development team or individuals who currently develop these functionalities in Texas, and there is no one with unique knowledge about the front-end and back-end functionalities for the Wallet Product who lives or works in Texas.

5. The master version of documents describing Everi's products, including the Wallet Product, are kept electronically on cloud servers, rather than on paper. The source code for the Wallet Product is hosted on Everi's internal server in Las Vegas, Nevada.

6. In my current position, I am in charge of the Wallet Product.

7. I currently live in Clark County, Nevada, and do not regularly travel to Texas. I have no interest in travelling voluntarily to Texas in order to provide testimony in any trial or other proceeding in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this  24th  day of November 2021.

*Victor Newsom*
Victor Newsom