## DECLARATION OF MIKE LESTRANGE IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER FOR LACK OF VENUE PURSUANT TO 28 USC §1406(A) OR, ALTERNATIVELY, TRANSFER PURSUANT TO 28 USC §1404 (A)

I, Mike LeStrange, hereby declare as follows:

1. I am Mike LeStrange, Managing Principal for MMLS, LLC. I have personal knowledge of the matters contained in this Declaration and am competent to testify regarding these facts if called upon to do so. I have been asked to provide this declaration to state whether I would be willing to travel to Texas to provide testimony regarding the CashClub Wallet ("Wallet") Product, and any optional prior art related to the Wallet Product in any trial or other proceeding in this matter.

2. I understand that the Everi Entities ("Everi")—Everi Holdings, Inc., Everi Payments, Inc., Everi Games Holding, Inc., and Everi Games, Inc.—have been sued for patent infringement based on Everi's sales of its Wallet Product.

3. I have provided consulting services to Everi for approximately a decade, and was asked to assist with developing the Wallet Product. I assisted with the product requirements, design, and integration between systems for the CashClub Wallet software. As such, I have intimate personal knowledge regarding aspects of the Wallet Product.

4. I currently live in Henderson, Nevada, and do not regularly travel to Texas. I have no interest in travelling voluntarily to Texas in order to provide testimony in any trial or other proceeding in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. EXECUTED this 2?th day of November 2021.

Mike LeStrange