# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SIGHTLINE PAYMENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>EVERI HOLDINGS INC., EVERI PAYMENTS INC., EVERI GAMES HOLDING INC., and EVERI GAMES INC.,<br><br>Defendants. | Case No.: 6:21-cv-01015-ADA<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF JOHN S. ARTZ IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR TRANSFER FOR LACK OF VENUE PURSUANT TO 28 USC §1406(A) OR, ALTERNATIVELY, TRANSFER PURSUANT TO 28 USC §1404(A)

I, John S. Artz, hereby declare as follows:

1. I am an attorney with the law firm Dickinson Wright, PLLC, counsel for Defendants in the above-captioned action. I have personal knowledge of the matters contained in this Declaration and am competent to testify regarding these facts if called upon to do so.

2. Attached as Exhibit 1 is a true and correct copy of Everi's 2021 10-Q filing.

3. Attached as Exhibit 2 is a true and correct copy of Sightline Payments and Konami Gaming, Inc.'s Press Release.

4. Attached as Exhibit 3 is a true and correct of the All Eyes Are On Sightlines' Cashless Offerings at Resorts World Las Vegas Press Release.

5. Attached as Exhibit 4 is a true and correct copy of the June 30, 2021 Caseload Statistics.

I declare under penalty of perjury that the foregoing is true and accurate.

EXECUTED this 24th day of November 2021.

                                                   /s/ John S. Artz
                                                    John S. Artz