# EXHIBIT 3

# EXHIBIT 3

# All Eyes Are On Sightline's Cashless Offerings at Resorts World Las Vegas



This summer, Sightline Payments made gaming history by helping launch the world's first casino where you can pay for *anything* onsite with a mobile wallet. Casinos were one of the world's last cash-based industries, but the pandemic changed consumer spending habits, ushering casino payments into the 21st century.

Sightline's Play+ infrastructure enables Resorts World guests to pay for everything from slot play, table games, and sports betting to restaurants, retail, and entertainment without the need to access cash.

This transformative new technology captured the attention of national, local, fintech, and gaming media during Resorts World's soft launch in late June. It's clear that Sightline is transforming how consumers pay for their casino experience, and Resorts World is just the start.

**Resorts World-Sightline Partnership Announcement**

On June 16th, Resorts World Las Vegas announced that it would become the most technologically advanced casino in the world June 24th opening.

Resorts World's mobile-first consumer experience will enable guests to pay for anything onsite from the convenience of their mobile device thanks to Sightline's Play+ solution and partners Konami Gaming's SYNKROS management system and NRT Technology's NEO Kiosks. In making this announcement, Resorts World thanked Sightline's recent acquisition JOINGO for developing the Resorts World mobile app, which enables patrons to fund their GamingPlay wallet to pay for their gaming experience.

The Las Vegas Strip now has the world's first-ever casino where guests do not need cash to play any game on the casino floor, eat at a restaurant, enjoy entertainment, or even pay for their hotel room. Guests can simply add their Resorts World debit card to their mobile wallet and pay for anything onsite using Apple Pay or Samsung Pay.

And the entire experience depends on Sightline's groundbreaking digital payment technology.

See for yourself, even America's biggest finance and tech outlets took notice:

- *CNBC's* Contessa Brewer: "Resorts World will be the first to offer mobile, cashless payments throughout the entire resort. You download the app, you bet on slots or table games, you pay for food, drinks, and amenities all on your phone. The platform is powered by Sightline Payments … this is a huge leap forward for the still cash-dependent casino industry."
- *American Banker's* Kate Fitzgerald: "Resorts World is encouraging the cashless experience by promoting a proprietary rewards program for its mobile app powered by Las Vegas-based Sightline Payments (much like the cashierless Amazon Go stores, cash will still be an option for those who prefer it). Resorts World was designed with mobile payments technology built into every channel — hotel rooms, restaurants, shops and across the gaming floor. Sightline's Play+ process for loading funds to the Resorts World mobile app will play a key part in reducing the pain points associated with handling cash."

The launch even dominated the headlines in the finance and gaming worlds.

- *Fortune:* A new $4.3 billion Las Vegas resort may jumpstart the Strip's comeback from the pandemic
- *Bloomberg*: New Vegas Resort Is a $4.3 Billion Bet on City's Comeback
- *Digital Transactions:* Sightline Payments Gets Set to Support Cashless Wagering for a New Las Vegas Resort
- *Payments Journal:* Resorts World and Sightline Payments Bet On Cashless Casino
- *NFCW:* Resorts World brings mobile payments to Las Vegas gaming tables

- *The Nevada Independent:* Resorts World extends cashless wagering to table games: 'We're doing things that the city has never seen'
- *CDC Gaming Reports:* Sightline's cashless payment ecosystem to debut at Resorts World Las Vegas
- *Las Vegas Review-Journal:* Can Resorts World's 'tech ecosystem' be the foundation for gaming's future?
- *PlayNevada:* Resorts World Las Vegas Offering Property-Wide Cashless Payments
- *SportsHandle:* Cashless Transactions Will Be A Hallmark Of New Resorts World Vegas Sportsbook

**Who is Sightline and How Do I Get in Touch?**

Sightline Payments is the U.S. sports betting and casino gaming market's leading digital payments provider and mobile app developer. Sightline leverages cutting-edge technology to apply modern solutions to a traditionally cash-based industry projected to grow to more than $100 billion in the next few years. Sightline's Play+ solution gives consumers a safe, secure, and responsible way to fund their online and in-person gaming activities and enables casinos to offer cashless wagering options across the entire property. With more than 1.5 million accounts and 70+ partners across the sports betting, lottery, racing, and online and brick-and-mortar casino markets, Sightline is uniquely positioned to transform the traditional gaming landscape.

For more information, please reach out to press@sightlinepayments.com.