# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SIGHTLINE PAYMENTS, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EVERI HOLDINGS INC., EVERI PAYMENTS INC., EVERI GAMES HOLDING INC., and EVERI GAMES INC.,<br><br>　　　　　Defendants. | Case No.:  6:21-cv-01015-ADA<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER

On this date came for consideration Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(3) and 12(b)(6), or, Alternatively, Transfer for Lack of Venue Pursuant to 28 USC § 1406(a) or 28 USC § 1404(a). Finding that transfer to the District of Nevada would serve the convenience of parties and witnesses and the interest of justice, the Court is of the opinion that same should be **GRANTED**, and it is therefore,

**ORDERED** that the Motion to Transfer for Lack of Venue is **GRANTED** and this case is hereby transferred to the United States District Court for the District of Nevada pursuant to 28 U.S.C. § 1404(a).

ORDERED this ____ day of _____, 20___.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ALAN D ALBRIGHT
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE