# Exhibit 1

# Remains Under Seal