# Exhibit 2

**Filing Receipt for Trademark/Service Mark Application for Registration
on the Principal Register
and Next Steps in the Application Process**

Thank you for submitting your trademark application to the U.S. Patent and Trademark Office (USPTO). This filing receipt confirms your mark and serial number, describes next steps in the application process, and includes the information submitted in your application. Please read this receipt carefully and keep a copy for your records.

For an overview of important things to know after filing your application, visit our website to read the After You File page and watch video number 9 "After You File."

**1. Your mark.** CASHCLUB DIGITAL WALLET (Standard Characters, mark.jpg)
The literal element of the mark consists of CASHCLUB DIGITAL WALLET. The mark consists of standard characters, without claim to any particular font style, size, or color.

**2. Your serial number.** Your application was assigned serial number '97345703'. You must refer to your serial number in all communications about your application.

**3. What happens next—legal examination.**  Your mark will not be registered automatically. Your application will be assigned to a USPTO examining attorney for review. See current trademark processing wait times for more information. The attorney will determine if your application meets all applicable legal requirements, and if it doesn't you will be notified in an email with a link to the official Office action (official letter from the USPTO). Visit our website for an explanation of application process timelines.

If your mark includes a design element, we will assign it one or more design search codes. We will notify you of these codes within the next few weeks and you can suggest that we add or delete a design search code from your file.

**4. Keep your addresses current in USPTO records.** We do not extend filing deadlines if you do not receive USPTO mail or email. If your postal address or email address changes, you must update the correspondence or owner's address using the address forms on our website.

**5. Check your application status in our database every three to four months.** To be sure that you don't miss an important email from us, and to avoid the possible abandonment of your application, check your application status and review your documents in our database, Trademark Status and Document Retrieval (TSDR), every three to four months.

**6. Warning about private companies offering trademark-related services.** Private companies may send you communications that resemble official USPTO communications. These private companies are not associated with the USPTO. All official correspondence will be from the "United States Patent and Trademark Office" in Alexandria, Virginia, and from emails with the domain "uspto.gov." If you are unsure about whether the correspondence is from us, check your records in our database, TSDR. Visit our website for more information on trademark-related communications that may resemble official USPTO communications.

**7. Questions?** Please visit our website, email us, or call us at 1-800-786-9199 and select option 1.

**8. Application data.** If you find an error in the data below, visit the After You File page on our website for information on correcting errors.

**9. Provide feedback.** You may receive a survey invitation in a separate email. Let us know how we can improve your experience.

**The information submitted in the application appears below:**

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009

U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a
valid OMB control number

Trademark/Service Mark Application, Principal Register
The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 97345703 |
| **MARK INFORMATION** | |
| **\*MARK** | mark.jpg |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | CASHCLUB DIGITAL WALLET |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | Everi Payments Inc. |
| **\*MAILING ADDRESS** | 7250 South Tenaya Way, Suite 100 |
| **\*CITY** | Las Vegas |
| **\*STATE**<br>**(Required for U.S. applicants)** | Nevada |
| **\*COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **\*ZIP/POSTAL CODE**<br>**(Required for U.S. and certain international addresses)** | 89113 |
| **\*EMAIL ADDRESS** | Clientdocket@dickinson-wright.com |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION** | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 036 |
| **\*IDENTIFICATION** | Financial services, namely, cash dispensing rendered by automated teller machines, currency exchange, check cashing, money wire transfers, cash advances, electronic debit card transaction processing, electronic remote check deposit services, and automated teller machine services, all offered in casinos and other places for gaming |

| FILING BASIS | SECTION 1(b) |
|---|---|
| **ADDITIONAL STATEMENTS SECTION** | |
| **ACTIVE PRIOR REGISTRATION(S)** | The applicant claims ownership of active prior U.S. Registration Number(s) 3692614. |
| **ATTORNEY INFORMATION** | |
| **NAME** | Jennifer Ko Craft |
| **ATTORNEY DOCKET NUMBER** | 034979-70001 |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | 8038 |
| **YEAR OF ADMISSION** | 2002 |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | Nevada |
| **FIRM NAME** | Dickinson Wright, PLLC |
| **STREET** | 3883 Howard Hughes Parkway, Suite 800 |
| **CITY** | Las Vegas |
| **STATE** | Nevada |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 89169 |
| **PHONE** | 702-550-4400 |
| **EMAIL ADDRESS** | TrademarksLV@dickinson-wright.com |
| **OTHER APPOINTED ATTORNEY** | Steven A. Caloiaro; Melissa I Bright |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Jennifer Ko Craft |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | TrademarksLV@dickinson-wright.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | SCaloiaro@dickinson-wright.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| *****TOTAL FEES DUE** | 350 |
| *****TOTAL FEES PAID** | 350 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /Timothy Richards/ |
| **SIGNATORY'S NAME** | Tim Richards |

| SIGNATORY'S POSITION | Executive Vice President and Chief Strategy Officer |
|---|---|
| **SIGNATORY'S PHONE NUMBER** | 7024993139 |
| **DATE SIGNED** | 04/04/2022 |
| **SIGNATURE METHOD** | Sent to third party for signature |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97345703**
**Filing Date: 04/07/2022**

# To the Commissioner for Trademarks:

The applicant, Everi Payments Inc., a corporation of Delaware, having an address of
    7250 South Tenaya Way, Suite 100
    Las Vegas, Nevada 89113
    United States
    Clientdocket@dickinson-wright.com

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 036:  Financial services, namely, cash dispensing rendered by automated teller machines, currency exchange, check cashing, money wire transfers, cash advances, electronic debit card transaction processing, electronic remote check deposit services, and automated teller machine services, all offered in casinos and other places for gaming
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 3692614.

The owner's/holder's proposed attorney information: Jennifer Ko Craft. Other appointed attorneys are Steven A. Caloiaro; Melissa I Bright. Jennifer Ko Craft of Dickinson Wright, PLLC, is a member of the Nevada bar, admitted to the bar in 2002, bar membership no. 8038, and the attorney(s) is located at
    3883 Howard Hughes Parkway, Suite 800
    Las Vegas, Nevada 89169

United States
702-550-4400(phone)
TrademarksLV@dickinson-wright.com
The docket/reference number is 034979-70001.
Jennifer Ko Craft submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

Jennifer Ko Craft
PRIMARY EMAIL FOR CORRESPONDENCE: TrademarksLV@dickinson-wright.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): SCaloiaro@dickinson-wright.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $350 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

[X] **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

[X] To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

[X] To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

[X]  The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Timothy Richards/    Date: 04/04/2022
Signatory's Name: Tim Richards
Signatory's Position: Executive Vice President and Chief Strategy Officer
Signatory's Phone Number: 7024993139
Signature method: Sent to third party for signature

---

Thank you,

The TEAS support team
Thu Apr 07 17:57:38 ET 2022
STAMP: USPTO/BAS-174.72.187.12-20220407175738907027-97345703-
820236e5be28a969326cb3e7e2b2e46a39d8619aafd59e73c2a150589b8fc25f0-CC-57372253-
20220404124227269018

### Filing Receipt for Trademark/Service Mark Application for Registration on the Principal Register and Next Steps in the Application Process

Thank you for submitting your trademark application to the U.S. Patent and Trademark Office (USPTO). This filing receipt confirms your mark and serial number, describes next steps in the application process, and includes the information submitted in your application. Please read this receipt carefully and keep a copy for your records.

For an overview of important things to know after filing your application, visit our website to read the After You File page and watch video number 9 "After You File."

**1. Your mark.** CASHCLUB DIGITAL WALLET (Standard Characters, mark.jpg)
The literal element of the mark consists of CASHCLUB DIGITAL WALLET. The mark consists of standard characters, without claim to any particular font style, size, or color.

**2. Your serial number.** Your application was assigned serial number '97345703'. You must refer to your serial number in all communications about your application.

**3. What happens next—legal examination.** Your mark will not be registered automatically. Your application will be assigned to a USPTO examining attorney for review. See current trademark processing wait times for more information. The attorney will determine if your application meets all applicable legal requirements, and if it doesn't you will be notified in an email with a link to the official Office action (official letter from the USPTO). Visit our website for an explanation of application process timelines.

If your mark includes a design element, we will assign it one or more design search codes. We will notify you of these codes within the next few weeks and you can suggest that we add or delete a design search code from your file.

**4. Keep your addresses current in USPTO records.** We do not extend filing deadlines if you do not receive USPTO mail or email. If your postal address or email address changes, you must update the correspondence or owner's address using the address forms on our website.

**5. Check your application status in our database every three to four months.** To be sure that you don't miss an important email from us, and to avoid the possible abandonment of your application, check your application status and review your documents in our database, Trademark Status and Document Retrieval (TSDR), every three to four months.

**6. Warning about private companies offering trademark-related services.** Private companies may send you communications that resemble official USPTO communications. These private companies are not associated with the USPTO. All official correspondence will be from the "United States Patent and Trademark Office" in Alexandria, Virginia, and from emails with the domain "uspto.gov." If you are unsure about whether the correspondence is from us, check your records in our database, TSDR. Visit our website for more information on trademark-related communications that may resemble official USPTO communications.

**7. Questions?** Please visit our website, email us, or call us at 1-800-786-9199 and select option 1.

**8. Application data.** If you find an error in the data below, visit the After You File page on our website for information on correcting errors.

**9. Provide feedback.** You may receive a survey invitation in a separate email. Let us know how we can improve your experience.

**The information submitted in the application appears below:**

U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

Trademark/Service Mark Application, Principal Register
The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 97345703 |
| **MARK INFORMATION** | |
| ***MARK** | mark.jpg |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | CASHCLUB DIGITAL WALLET |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | Everi Payments Inc. |
| ***MAILING ADDRESS** | 7250 South Tenaya Way, Suite 100 |
| ***CITY** | Las Vegas |
| ***STATE**<br>**(Required for U.S. applicants)** | Nevada |
| ***COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| ***ZIP/POSTAL CODE**<br>**(Required for U.S. and certain international addresses)** | 89113 |
| ***EMAIL ADDRESS** | Clientdocket@dickinson-wright.com |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION** | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 036 |
| ***IDENTIFICATION** | Financial services, namely, cash dispensing rendered by automated teller machines, currency exchange, check cashing, money wire transfers, cash advances, electronic debit card transaction processing, electronic remote check deposit services, and automated teller machine services, all offered in casinos and other places for gaming |

| FILING BASIS | SECTION 1(b) |
|---|---|
| **ADDITIONAL STATEMENTS SECTION** | |
| **ACTIVE PRIOR REGISTRATION(S)** | The applicant claims ownership of active prior U.S. Registration Number(s) 3692614. |
| **ATTORNEY INFORMATION** | |
| **NAME** | Jennifer Ko Craft |
| **ATTORNEY DOCKET NUMBER** | 034979-70001 |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | 8038 |
| **YEAR OF ADMISSION** | 2002 |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | Nevada |
| **FIRM NAME** | Dickinson Wright, PLLC |
| **STREET** | 3883 Howard Hughes Parkway, Suite 800 |
| **CITY** | Las Vegas |
| **STATE** | Nevada |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 89169 |
| **PHONE** | 702-550-4400 |
| **EMAIL ADDRESS** | TrademarksLV@dickinson-wright.com |
| **OTHER APPOINTED ATTORNEY** | Steven A. Caloiaro; Melissa I Bright |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Jennifer Ko Craft |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | TrademarksLV@dickinson-wright.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | SCaloiaro@dickinson-wright.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| ***TOTAL FEES DUE** | 350 |
| ***TOTAL FEES PAID** | 350 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /Timothy Richards/ |
| **SIGNATORY'S NAME** | Tim Richards |

| SIGNATORY'S POSITION | Executive Vice President and Chief Strategy Officer |
|---|---|
| SIGNATORY'S PHONE NUMBER | 7024993139 |
| DATE SIGNED | 04/04/2022 |
| SIGNATURE METHOD | Sent to third party for signature |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97345703**
**Filing Date: 04/07/2022**

# To the Commissioner for Trademarks:

The applicant, Everi Payments Inc., a corporation of Delaware, having an address of
   7250 South Tenaya Way, Suite 100
   Las Vegas, Nevada 89113
   United States
   Clientdocket@dickinson-wright.com

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 036:  Financial services, namely, cash dispensing rendered by automated teller machines, currency exchange, check cashing, money wire transfers, cash advances, electronic debit card transaction processing, electronic remote check deposit services, and automated teller machine services, all offered in casinos and other places for gaming
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 3692614.

The owner's/holder's proposed attorney information: Jennifer Ko Craft. Other appointed attorneys are Steven A. Caloiaro; Melissa I Bright. Jennifer Ko Craft of Dickinson Wright, PLLC, is a member of the Nevada bar, admitted to the bar in 2002, bar membership no. 8038, and the attorney(s) is located at
   3883 Howard Hughes Parkway, Suite 800
   Las Vegas, Nevada 89169

United States
702-550-4400(phone)
TrademarksLV@dickinson-wright.com
The docket/reference number is 034979-70001.
Jennifer Ko Craft submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

Jennifer Ko Craft
PRIMARY EMAIL FOR CORRESPONDENCE: TrademarksLV@dickinson-wright.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): SCaloiaro@dickinson-wright.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $350 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

[X] **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

[X] To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

[X] To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

[X]  The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Timothy Richards/   Date: 04/04/2022
Signatory's Name: Tim Richards
Signatory's Position: Executive Vice President and Chief Strategy Officer
Signatory's Phone Number: 7024993139
Signature method: Sent to third party for signature

---

Thank you,

The TEAS support team
Thu Apr 07 17:57:38 ET 2022
STAMP: USPTO/BAS-174.72.187.12-20220407175738907027-97345703-
820236e5be28a969326cb3e7e2b2e46a39d8619aafd59e73c2a150589b8fc25f0-CC-57372253-
20220404124227269018

# Filing Receipt for Trademark/Service Mark Application for Registration on the Principal Register and Next Steps in the Application Process

Thank you for submitting your trademark application to the U.S. Patent and Trademark Office (USPTO). This filing receipt confirms your mark and serial number, describes next steps in the application process, and includes the information submitted in your application. Please read this receipt carefully and keep a copy for your records.

For an overview of important things to know after filing your application, visit our website to read the After You File page and watch video number 9 "After You File."

**1. Your mark.** CASHCLUB WALLET (Standard Characters, mark.jpg)
The literal element of the mark consists of CASHCLUB WALLET. The mark consists of standard characters, without claim to any particular font style, size, or color.

**2. Your serial number.** Your application was assigned serial number '97352356'. You must refer to your serial number in all communications about your application.

**3. What happens next—legal examination.** Your mark will not be registered automatically. Your application will be assigned to a USPTO examining attorney for review. See current trademark processing wait times for more information. The attorney will determine if your application meets all applicable legal requirements, and if it doesn't you will be notified in an email with a link to the official Office action (official letter from the USPTO). Visit our website for an explanation of application process timelines.

If your mark includes a design element, we will assign it one or more design search codes. We will notify you of these codes within the next few weeks and you can suggest that we add or delete a design search code from your file.

**4. Keep your addresses current in USPTO records.** We do not extend filing deadlines if you do not receive USPTO mail or email. If your postal address or email address changes, you must update the correspondence or owner's address using the address forms on our website.

**5. Check your application status in our database every three to four months.** To be sure that you don't miss an important email from us, and to avoid the possible abandonment of your application, check your application status and review your documents in our database, Trademark Status and Document Retrieval (TSDR), every three to four months.

**6. Warning about private companies offering trademark-related services.** Private companies may send you communications that resemble official USPTO communications. These private companies are not associated with the USPTO. All official correspondence will be from the "United States Patent and Trademark Office" in Alexandria, Virginia, and from emails with the domain "uspto.gov." If you are unsure about whether the correspondence is from us, check your records in our database, TSDR. Visit our website for more information on trademark-related communications that may resemble official USPTO communications.

**7. Questions?** Please visit our website, email us, or call us at 1-800-786-9199 and select option 1.

**8. Application data.** If you find an error in the data below, visit the After You File page on our website for information on correcting errors.

**9. Provide feedback.** You may receive a survey invitation in a separate email. Let us know how we can improve your experience.

**The information submitted in the application appears below:**

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

Trademark/Service Mark Application, Principal Register
The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 97352356 |
| **MARK INFORMATION** | |

| *MARK | mark.jpg |
|---|---|
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | CASHCLUB WALLET |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Everi Payments Inc. |
| *MAILING ADDRESS | 7250 South Tenaya Way, Suite 100 |
| *CITY | Las Vegas |
| *STATE<br>(Required for U.S. applicants) | Nevada |
| *COUNTRY/REGION/JURISDICTION/U. S. TERRITORY | United States |
| *ZIP/POSTAL CODE<br>(Required for U.S. and certain international addresses) | 89113 |
| *EMAIL ADDRESS | Clientdocket@dickinson-wright.com |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTI ON/U.S. TERRITORY OF INCORPORATION | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | Downloadable software for accessing and using an automated teller machine; Downloadable software for conducting contactless payments; Downloadable software for conducting transactions, including retail purchases, credit transactions on electronic casino gaming machines, and credit transactions at casino gaming tables; Downloadable software for storing payment card information; Downloadable computer software, namely, an electronic financial platform that accommodates multiple types of payment and debt transactions in an integrated mobile phone, PDA, and web-based environment |
| FILING BASIS | SECTION 1(b) |
| **ADDITIONAL STATEMENTS SECTION** | |
| ACTIVE PRIOR REGISTRATION(S) | The applicant claims ownership of active prior U.S. Registration Number(s) 3692614. |
| **ATTORNEY INFORMATION** | |
| NAME | Jennifer Ko Craft |

| ATTORNEY DOCKET NUMBER | 034979-70002 |
|---|---|
| ATTORNEY BAR MEMBERSHIP NUMBER | 8038 |
| YEAR OF ADMISSION | 2002 |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | Nevada |
| FIRM NAME | Dickinson Wright, PLLC |
| STREET | 3883 Howard Hughes Parkway, Suite 800 |
| CITY | Las Vegas |
| STATE | Nevada |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 89169 |
| PHONE | 702-550-4400 |
| EMAIL ADDRESS | TrademarksLV@dickinson-wright.com |
| OTHER APPOINTED ATTORNEY | Steven A. Caloiaro; Melissa I Bright |
| CORRESPONDENCE INFORMATION | |
| NAME | Jennifer Ko Craft |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | TrademarksLV@dickinson-wright.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | SCaloiaro@dickinson-wright.com |
| FEE INFORMATION | |
| APPLICATION FILING OPTION | TEAS Standard |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 350 |
| *TOTAL FEES DUE | 350 |
| *TOTAL FEES PAID | 350 |
| SIGNATURE INFORMATION | |
| SIGNATURE | /Timothy Richards/ |
| SIGNATORY'S NAME | Tim Richards |
| SIGNATORY'S POSITION | Executive Vice President and Chief Strategy Officer |
| SIGNATORY'S PHONE NUMBER | 7024993139 |
| DATE SIGNED | 04/04/2022 |
| SIGNATURE METHOD | Sent to third party for signature |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 97352356**
**Filing Date: 04/07/2022**

## To the Commissioner for Trademarks:

The applicant, Everi Payments Inc., a corporation of Delaware, having an address of
    7250 South Tenaya Way, Suite 100
    Las Vegas, Nevada 89113
    United States
    Clientdocket@dickinson-wright.com

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 009:  Downloadable software for accessing and using an automated teller machine; Downloadable software for conducting contactless payments; Downloadable software for conducting transactions, including retail purchases, credit transactions on electronic casino gaming machines, and credit transactions at casino gaming tables; Downloadable software for storing payment card information; Downloadable computer software, namely, an electronic financial platform that accommodates multiple types of payment and debt transactions in an integrated mobile phone, PDA, and web-based environment
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.


**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 3692614.


The owner's/holder's proposed attorney information: Jennifer Ko Craft. Other appointed attorneys are Steven A. Caloiaro; Melissa I Bright. Jennifer Ko Craft of Dickinson Wright, PLLC, is a member of the Nevada bar, admitted to the bar in 2002, bar membership no. 8038, and the attorney(s) is located at
    3883 Howard Hughes Parkway, Suite 800
    Las Vegas, Nevada 89169
    United States
    702-550-4400(phone)
    TrademarksLV@dickinson-wright.com
The docket/reference number is 034979-70002.
Jennifer Ko Craft submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

 The applicant's current Correspondence Information:
    Jennifer Ko Craft
    PRIMARY EMAIL FOR CORRESPONDENCE: TrademarksLV@dickinson-wright.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): SCaloiaro@dickinson-wright.com


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $350 has been submitted with the application, representing payment for 1 class(es).

## Declaration

 **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Timothy Richards/   Date: 04/04/2022
Signatory's Name: Tim Richards
Signatory's Position: Executive Vice President and Chief Strategy Officer
Signatory's Phone Number: 7024993139
Signature method: Sent to third party for signature

Thank you,

The TEAS support team
Thu Apr 07 17:39:34 ET 2022
STAMP: USPTO/BAS-174.72.187.12-20220407173934871789-97352356-
820973ccc2c73f3762db8c4543c7d5d557f0875aea4ef7f4ce64d3ccac7fba3b3-CC-39332007-20220404123012168545

# Filing Receipt for Trademark/Service Mark Application for Registration on the Principal Register and Next Steps in the Application Process

Thank you for submitting your trademark application to the U.S. Patent and Trademark Office (USPTO). This filing receipt confirms your mark and serial number, describes next steps in the application process, and includes the information submitted in your application. Please read this receipt carefully and keep a copy for your records.

For an overview of important things to know after filing your application, visit our website to read the After You File page and watch video number 9 "After You File."

**1. Your mark.** CASHCLUB WALLET (Standard Characters, mark.jpg)
The literal element of the mark consists of CASHCLUB WALLET. The mark consists of standard characters, without claim to any particular font style, size, or color.

**2. Your serial number.** Your application was assigned serial number '97352385'. You must refer to your serial number in all communications about your application.

**3. What happens next—legal examination.** Your mark will not be registered automatically. Your application will be assigned to a USPTO examining attorney for review. See current trademark processing wait times for more information. The attorney will determine if your application meets all applicable legal requirements, and if it doesn't you will be notified in an email with a link to the official Office action (official letter from the USPTO). Visit our website for an explanation of application process timelines.

If your mark includes a design element, we will assign it one or more design search codes. We will notify you of these codes within the next few weeks and you can suggest that we add or delete a design search code from your file.

**4. Keep your addresses current in USPTO records.** We do not extend filing deadlines if you do not receive USPTO mail or email. If your postal address or email address changes, you must update the correspondence or owner's address using the address forms on our website.

**5. Check your application status in our database every three to four months.** To be sure that you don't miss an important email from us, and to avoid the possible abandonment of your application, check your application status and review your documents in our database, Trademark Status and Document Retrieval (TSDR), every three to four months.

**6. Warning about private companies offering trademark-related services.** Private companies may send you communications that resemble official USPTO communications. These private companies are not associated with the USPTO. All official correspondence will be from the "United States Patent and Trademark Office" in Alexandria, Virginia, and from emails with the domain "uspto.gov." If you are unsure about whether the correspondence is from us, check your records in our database, TSDR. Visit our website for more information on trademark-related communications that may resemble official USPTO communications.

**7. Questions?** Please visit our website, email us, or call us at 1-800-786-9199 and select option 1.

**8. Application data.** If you find an error in the data below, visit the After You File page on our website for information on correcting errors.

**9. Provide feedback.** You may receive a survey invitation in a separate email. Let us know how we can improve your experience.

**The information submitted in the application appears below:**

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

Trademark/Service Mark Application, Principal Register
The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 97352385 |
| MARK INFORMATION | |

| *MARK | mark.jpg |
|---|---|
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | CASHCLUB WALLET |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Everi Payments Inc. |
| *MAILING ADDRESS | 7250 South Tenaya Way, Suite 100 |
| *CITY | Las Vegas |
| *STATE<br>(Required for U.S. applicants) | Nevada |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE<br>(Required for U.S. and certain international addresses) | 89113 |
| *EMAIL ADDRESS | Clientdocket@dickinson-wright.com |
| LEGAL ENTITY INFORMATION | |
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | Delaware |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| INTERNATIONAL CLASS | 036 |
| *IDENTIFICATION | Financial services, namely, cash dispensing rendered by automated teller machines, currency exchange, check cashing, money wire transfers, cash advances, electronic debit card transaction processing, electronic remote check deposit services, and automated teller machine services, all offered in casinos and other places for gaming |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 09/27/2016 |
| FIRST USE IN COMMERCE DATE | At least as early as 09/27/2016 |
| SPECIMEN FILE NAME(S) | SPE0-1747218712-202204012 10848037406_._Specimen_C A SHCLUB__36_.pdf |
| SPECIMEN DESCRIPTION | screen capture of a web page bearing the mark in the advertisement and/or sale of the services, including use of the mark in the course of rendering or performing the services |
| WEBPAGE URL | https://www.everi.com/fintech/cashclub-wallet/ |

| WEBPAGE DATE OF ACCESS | 04/01/2022 |
|---|---|
| **ADDITIONAL STATEMENTS SECTION** | |
| **ACTIVE PRIOR REGISTRATION(S)** | The applicant claims ownership of active prior U.S. Registration Number(s) 3692614. |
| **ATTORNEY INFORMATION** | |
| **NAME** | Jennifer Ko Craft |
| **ATTORNEY DOCKET NUMBER** | 034979-70003 |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | 8038 |
| **YEAR OF ADMISSION** | 2002 |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | Nevada |
| **FIRM NAME** | Dickinson Wright, PLLC |
| **STREET** | 3883 Howard Hughes Parkway, Suite 800 |
| **CITY** | Las Vegas |
| **STATE** | Nevada |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 89169 |
| **PHONE** | 702-550-4400 |
| **EMAIL ADDRESS** | TrademarksLV@dickinson-wright.com |
| **OTHER APPOINTED ATTORNEY** | Steven A. Caloiaro; Melissa I Bright |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Jennifer Ko Craft |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | TrademarksLV@dickinson-wright.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | SCaloiaro@dickinson-wright.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| *****TOTAL FEES DUE** | 350 |
| *****TOTAL FEES PAID** | 350 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /Timothy Richards/ |

| | |
|---|---|
| **SIGNATORY'S NAME** | Tim Richards |
| **SIGNATORY'S POSITION** | Executive Vice President and Chief Strategy Officer |
| **SIGNATORY'S PHONE NUMBER** | 7024993139 |
| **DATE SIGNED** | 04/04/2022 |
| **SIGNATURE METHOD** | Sent to third party for signature |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 97352385**
**Filing Date: 04/07/2022**

## To the Commissioner for Trademarks:

The applicant, Everi Payments Inc., a corporation of Delaware, having an address of
   7250 South Tenaya Way, Suite 100
   Las Vegas, Nevada 89113
   United States
   Clientdocket@dickinson-wright.com

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 036:  Financial services, namely, cash dispensing rendered by automated teller machines, currency exchange, check cashing, money wire transfers, cash advances, electronic debit card transaction processing, electronic remote check deposit services, and automated teller machine services, all offered in casinos and other places for gaming

In International Class 036, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 09/27/2016, and first used in commerce at least as early as 09/27/2016, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) screen capture of a web page bearing the mark in the advertisement and/or sale of the services, including use of the mark in the course of rendering or performing the services.
Specimen-1 [SPE0-1747218712-202204012 10848037406_._Specimen_CA SHCLUB__36_.pdf ]
Webpage URL: https://www.everi.com/fintech/cashclub-wallet/
Webpage Date of Access: 04/01/2022

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 3692614.

The owner's/holder's proposed attorney information: Jennifer Ko Craft. Other appointed attorneys are Steven A. Caloiaro; Melissa I Bright. Jennifer Ko Craft of Dickinson Wright, PLLC, is a member of the Nevada bar, admitted to the bar in 2002, bar membership no. 8038, and the attorney(s) is located at
   3883 Howard Hughes Parkway, Suite 800
   Las Vegas, Nevada 89169
   United States
   702-550-4400(phone)
   TrademarksLV@dickinson-wright.com
The docket/reference number is 034979-70003.
Jennifer Ko Craft submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

 The applicant's current Correspondence Information:
   Jennifer Ko Craft

   PRIMARY EMAIL FOR CORRESPONDENCE: TrademarksLV@dickinson-wright.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): SCaloiaro@dickinson-wright.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $350 has been submitted with the application, representing payment for 1 class(es).

Declaration

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Timothy Richards/   Date: 04/04/2022
Signatory's Name: Tim Richards
Signatory's Position: Executive Vice President and Chief Strategy Officer
Signatory's Phone Number: 7024993139
Signature method: Sent to third party for signature

---

Thank you,

The TEAS support team
Thu Apr 07 17:50:29 ET 2022
STAMP: USPTO/BAS-174.72.187.12-20220407175029282989-97352385-
820ceb262d48edc79db32f67d90a837bee5133e52b892b80b8f45312dafc55bf66-CC-50282149-20220404123713518962