# Exhibit 3

# Remains Under Seal